

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00146-CV

**IN THE INTEREST OF S.W.B.-L., ET AL., CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The State's motion for extension of time to file its brief is GRANTED IN PART. The State's brief is due to be filed no later than July 31, 2015. **Absent extenuating circumstances, no further extensions will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.



_____
Keith E. Hottle
Clerk of Court